NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 3 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BANK OF NEW YORK MELLON, FKA Bank of New York, Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2004-36CB, Mortgage Pass-Through Certificates, Series 2004-36CB,<br><br>　　　　　Plaintiff-Appellant,<br><br>　v.<br><br>HOMEOWNER ASSOCIATION SERVICES, INC.; et al.,<br><br>　　　　　Defendants-Appellees. | No.　17-16551<br><br>D.C. No. 2:17-cv-00376-JCM-GWF<br><br><br>ORDER[*] |

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted March 11, 2019[**]
San Francisco, California

Before:　W. FLETCHER, WATFORD, and HURWITZ, Circuit Judges.

We vacate the order of the district court and remand for further proceedings

---

[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　　The panel unanimously concludes this case is suitable for decision without oral argument.　See Fed. R. App. P. 34(a)(2).

consistent with the opinion in *Bank of America, N.A. v. Arlington West Twilight Homeowners Association*, No. 17-15796, filed today.

**VACATED and REMANDED.  Each party to bear its own costs.**